1020

[Nos. 34349-9-III; 34454-1-III.   Division Three.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARET J. GRINSTEAD, *Appellant*.

*In the Matter of the Personal Restraint of* MARGARET J. GRINSTEAD, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00088-1, Alex Ekstrom, J., entered March 24, 2016, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 34542-4-III.   Division Three.   June 6, 2017.]

KELLY RAMM ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-2-05259-9, Harold D. Clarke III, J., entered June 7, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Korsmo, J. Now published at 200 Wn. App. 1.

[No. 34963-2-III.   Division Three.   June 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT EMERSON EVATT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-02622-6, Kitty-Ann van Doorninck, J., entered December 23, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J.; Pennell, J., dissenting.